ERIC GRANT
United States Attorney
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO ANANIAS ARELLANO DIAZ,<br><br>Defendant. | CASE NO. 1:25-CR-00155-KES-BAM<br><br>GOVERNMENT'S MOTION TO DISMISS CASE PURSUANT TO RULE 48(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its counsel, hereby moves for dismissal without prejudice of the pending criminal case in Case No. 1:25-cr-000155-KES-BAM against defendant DIEGO ANANIAS ARELLANO DIAZ. The reason for the dismissal is that on August 21, 2025, the grand jury returned a superseding indictment in Case No. 1:24-cr-000265-KES-BAM. That superseding indictment charges the defendant with the same conduct currently alleged in the above-captioned case but also charges his co-conspirators. Because the charges in that indictment and the one returned in the above-captioned matter are now duplicative, the government seeks dismissal of the above-captioned case.

Dated: August 27, 2025

ERIC GRANT
United States Attorney

By: */s/ Justin J. Gilio*
Justin J. Gilio
Assistant United States Attorney

# O R D E R

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the motion filed by the United States, the Court finds it is in the interests of justice to grant the government's motion and, therefore, IT IS HEREBY ORDERED that the pending criminal charges in Case No. 1:25-cr-00155-KES-BAM against defendant DIEGO ANANIAS ARELLANO DIAZ are hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

Dated:   August 27, 2025

_____
UNITED STATES DISTRICT JUDGE